IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| AMANDA SCOGGIN,<br><br>　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES, LLC,<br><br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§  Case No. 6:22-cv-105-JDK<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal (Docket No. 14). In accord with the parties' stipulation, all pending claims in this case are **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **12th** day of **August, 2022.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE